

Fill in this information to identify your case and this filing:

Debtor 1: Daryl C. Chang
Debtor 2 (Spouse, if filing): Cheri Darlene Chang

United States Bankruptcy Court for the: Eastern District of California

Case number: 18-23504 - B -7

FILED
AUG 13 2018
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

☑ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1. 3938 Zeally Lane
   Stockton, CA 95206
   San Joaquin County

   **What is the property?** Check all that apply.
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   Current value of the entire property? $317,091.17
   Current value of the portion you own? $279,000.00

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
   Fee Simple

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☑ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

   If you own or have more than one, list here:

   1.2. _____

   **What is the property?** Check all that apply.
   ☐ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   Current value of the entire property? $_____
   Current value of the portion you own? $_____

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Who has an interest in the property?** Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Other information you wish to add about this item, such as local property identification number: _____

Debtor 1  **Daryl** (First Name) **C,** (Middle Name) **Chang** (Last Name)　　Case number (if known) **18-23504 - B -7**

**1.3.** _____
Street address, if available, or other description

_____

_____
City　　　　State　　ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　**Current value of the portion you own?**

$ _____　$ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................ →　$ **279,000.00**

---

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
☐ No
☑ Yes

**3.1.** Make: **Ford**
Model: **Mustang GT**
Year: **2006**
Approximate mileage: **52,000**
Other information:
_____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　**Current value of the portion you own?**

$ **8,201.00**　$ **8,201.00**

If you own or have more than one, describe here:

**3.2.** Make: **Hyundai**
Model: **Elantra**
Year: **2013**
Approximate mileage: **111,000**
Other information:
_____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　**Current value of the portion you own?**

$ **12,446.92**　$ **4,571.00**

Debtor 1　__Daryl_____ __C,_____ __Chang_____　　Case number (if known) __18-23504 - B -7__
　　　　　First Name　　Middle Name　　Last Name

| 3.3. | Make: | N/A |
| --- | --- | --- |
| | Model: | N/A |
| | Year: | N/A |
| | Approximate mileage: | N/A |
| | Other information: | |

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　　**Current value of the portion you own?**

$_____0.00　　$_____0.00

| 3.4. | Make: | N/A |
| --- | --- | --- |
| | Model: | N/A |
| | Year: | N/A |
| | Approximate mileage: | N/A |
| | Other information: | |

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　　**Current value of the portion you own?**

$_____0.00　　$_____0.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

| 4.1. | Make: | N/A |
| --- | --- | --- |
| | Model: | N/A |
| | Year: | N/A |
| | Other information: | |

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　　**Current value of the portion you own?**

$_____0.00　　$_____0.00

If you own or have more than one, list here:

| 4.2. | Make: | N/A |
| --- | --- | --- |
| | Model: | N/A |
| | Year: | N/A |
| | Other information: | |

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　　**Current value of the portion you own?**

$_____0.00　　$_____0.00

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** .................................................... → $_____12,772.00

Debtor 1　__Daryl_____ __C,_____ __Chang_____　　Case number (if known) __18-23504 - B -7__
　　　　　First Name　　　Middle Name　　　Last Name

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**　　**Current value of the portion you own?**
　　Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... Couch, love seat, queen size bed, (2) nightstands, Kitchenware　　$ 1,000.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... (2) Televisions, (2) laptops　　$ 500.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe......... N/A　　$ 0.00

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe......... N/A　　$ 0.00

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe......... N/A　　$ 0.00

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... pants, shirts, under garments, everyday shoes, work cloths　　$ 600.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe......... N/A　　$ 0.00

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe......... N/A　　$ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ......... N/A　　$ 0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ...................................................................................→　$ 2,100.00

Debtor 1    **Daryl**    **C,**    **Chang**      Case number (if known) **18-23504 - B -7**
           First Name    Middle Name    Last Name

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No
☐ Yes............................................................................................................................ Cash: ....................... $ _____0.00_

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☒ Yes.....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Bank of the West Bank Acct. 393-050901 | $ 146.00 |
| 17.2. Checking account: | Wells Fargo Bank Acct. 5032190331 | $ 40.00 |
| 17.3. Savings account: | N/A | $ 0.00 |
| 17.4. Savings account: | N/A | $ 0.00 |
| 17.5. Certificates of deposit: | N/A | $ 0.00 |
| 17.6. Other financial account: | N/A | $ 0.00 |
| 17.7. Other financial account: | N/A | $ 0.00 |
| 17.8. Other financial account: | N/A | $ 0.00 |
| 17.9. Other financial account: | N/A | $ 0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No
☐ Yes.................

| Institution or issuer name: | |
|---|---|
| N/A | $ 0.00 |
| N/A | $ 0.00 |
| N/A | $ 0.00 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No
☐ Yes. Give specific information about them........................

| Name of entity: | % of ownership: | |
|---|---|---|
| N/A | 0% % | $ 0.00 |
| N/A | 0% % | $ 0.00 |
| N/A | 0% % | $ 0.00 |

Debtor 1  __Daryl_____  __C,_____  __Chang_____                Case number (if known) __18-23504 - B -7__
          First Name         Middle Name      Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☒ No
    ☐ Yes. Give specific    Issuer name:
       information about
       them.................   N/A _____   $_____0.00
                               N/A _____   $_____0.00
                               N/A _____   $_____0.00

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☒ Yes. List each
       account separately.   Type of account:        Institution name:

                             401(k) or similar plan:  **FIDELITY INVESTMENTS** _____   $_____15,254.01

                             Pension plan:            N/A _____   $_____0.00

                             IRA:                     N/A _____   $_____0.00

                             Retirement account:      N/A _____   $_____0.00

                             Keogh:                   N/A _____   $_____0.00

                             Additional account:      N/A _____   $_____0.00

                             Additional account:      N/A _____   $_____0.00

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☒ No
    ☐ Yes......................   Institution name or individual:

                                   Electric:          N/A _____   $_____0.00
                                   Gas:               N/A _____   $_____0.00
                                   Heating oil:       N/A _____   $_____0.00
                                   Security deposit on rental unit: N/A _____   $_____0.00
                                   Prepaid rent:      N/A _____   $_____0.00
                                   Telephone:         N/A _____   $_____0.00
                                   Water:             N/A _____   $_____0.00
                                   Rented furniture:  N/A _____   $_____0.00
                                   Other:             N/A _____   $_____0.00

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☒ No
    ☐ Yes......................   Issuer name and description:
                                   N/A _____   $_____0.00
                                   N/A _____   $_____0.00
                                   N/A _____   $_____0.00

Official Form 106A/B                       Schedule A/B: Property                              page 6

| Debtor 1 | Daryl | C, | Chang | Case number (if known) 18-23504 - B -7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes .................................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    | | |
    |---|---|
    | N/A | $ 0.00 |
    | 0.00 | $ 0.00 |
    | N/A | $ 0.00 |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them....  N/A     $ 0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them....  N/A     $ 0.00

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them....  N/A     $ 0.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ........

    N/A

    | Federal: | $ 0.00 |
    | State: | $ 0.00 |
    | Local: | $ 0.00 |

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes. Give specific information.............. N/A

    | Alimony: | $ 0.00 |
    | Maintenance: | $ 0.00 |
    | Support: | $ 0.00 |
    | Divorce settlement: | $ 0.00 |
    | Property settlement: | $ 0.00 |

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☒ No
    ☐ Yes. Give specific information.............. N/A     $ 0.00

Official Form 106A/B                Schedule A/B: Property                page 7

Debtor 1    Daryl (First Name)    C, (Middle Name)    Chang (Last Name)      Case number (if known) 18-23504 - B -7

---

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| N/A | | $ 0.00 |
| N/A | | $ 0.00 |
| N/A | | $ 0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes. Give specific information............. N/A     $ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☐ No
☒ Yes. Describe each claim. ............... Case Number: 2017-13951-STKN-CV-UNP, Filed 12/28/2017     $ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes. Describe each claim. ............... N/A     $ 0.00

**35. Any financial assets you did not already list**
☒ No
☐ Yes. Give specific information............ N/A     $ 0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........................................................................... →     $ 0.00

---

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☒ No
☐ Yes. Describe....... N/A     $ 0.00

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes. Describe....... N/A     $ 0.00

---

Debtor 1  Daryl         C,         Chang         Case number (if known) 18-23504 - B -7
         First Name    Middle Name  Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☒ No
    - ☐ Yes. Describe...... N/A                                                         $        0.00

41. **Inventory**
    - ☒ No
    - ☐ Yes. Describe...... N/A                                                         $        0.00

42. **Interests in partnerships or joint ventures**
    - ☒ No
    - ☐ Yes. Describe......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | N/A | ____% | $ 0.00 |
    | N/A | ____% | $ 0.00 |
    | N/A | ____% | $ 0.00 |

43. **Customer lists, mailing lists, or other compilations**
    - ☒ No
    - ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        - ☒ No
        - ☐ Yes. Describe........ N/A                                                   $        0.00

44. **Any business-related property you did not already list**
    - ☒ No
    - ☐ Yes. Give specific information ..........
    
    | N/A | $ 0.00 |
    |---|---|
    | N/A | $ 0.00 |
    | N/A | $ 0.00 |
    | N/A | $ 0.00 |
    | N/A | $ 0.00 |
    | N/A | $ 0.00 |

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ........................................................................... →   $   0.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    - ☒ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☐ No
    - ☐ Yes........................ N/A                                                  $        0.00

Debtor 1   Daryl   C,   Chang    Case number (if known) 18-23504 - B -7
           First Name  Middle Name  Last Name

48. **Crops—either growing or harvested**
    ☐ No
    ☐ Yes. Give specific information. N/A    $ 0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☐ No
    ☐ Yes. N/A    $ 0.00

50. **Farm and fishing supplies, chemicals, and feed**
    ☐ No
    ☐ Yes. N/A    $ 0.00

51. **Any farm- and commercial fishing-related property you did not already list**
    ☐ No
    ☐ Yes. Give specific information. N/A    $ 0.00

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** →    $ 

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes. Give specific information. N/A    $ 0.00
                                             $ 0.00
                                             $ 0.00

54. **Add the dollar value of all of your entries from Part 7. Write that number here** →    $ 0.00

## Part 8: List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** →    $ 279,000.00

56. **Part 2: Total vehicles, line 5**    $ 12,772.00

57. **Part 3: Total personal and household items, line 15**    $ 2,100.00

58. **Part 4: Total financial assets, line 36**    $ 15,440.00

59. **Part 5: Total business-related property, line 45**    $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ 0.00

61. **Part 7: Total other property not listed, line 54**    + $ 0.00

62. **Total personal property.** Add lines 56 through 61.    $ 309,312.00   Copy personal property total → + $ 309,312.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.    $ 309,312.00

Official Form 106A/B    Schedule A/B: Property    page 10

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Daryl <br> First Name | C. <br> Middle Name | Chang <br> Last Name |
| Debtor 2 <br> (Spouse, if filing) | Cheri <br> First Name | Darlene <br> Middle Name | Chang <br> Last Name |
| United States Bankruptcy Court for the: Eastern District of California | | | |
| Case number <br> (If known) | 18-23404 - B - 7 | | |

☑ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt         04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own <br><br> Copy the value from Schedule A/B | Amount of the exemption you claim <br><br> Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Ford Mustang GT <br> Line from Schedule A/B: 3.1 | $ 8,201.00 | ☑ $ 2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 703.140(b) (2) |
| Brief description: Hyundai Elantra <br> Line from Schedule A/B: 3.2 | $ 12,446.92 | ☑ $ 2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 703.140 (b) (2) |
| Brief description: 3938 Zeally Lane <br> Line from Schedule A/B: 1.1 | $ 279,000.00 | ☑ $ 26,800.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 703. 140 (b) (1) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 1 of 2

Debtor 1　__Daryl_____ __C._____ __Chang_____　　Case number (if known) 18-23404 - B - 7
　　　　　First Name　Middle Name　Last Name

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Electronics<br>Line from Schedule A/B: 7 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 703. 140 (b) (3) |
| Brief description: Clothes<br>Line from Schedule A/B: 11 | $ 600.00 | ☑ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 703. 140 (b) (3) |
| Brief description: Household Goods<br>Line from Schedule A/B: 6 | $ 1,000.00 | ☐ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 703. 140 (b) (3) |
| Brief description: Pension Accounts<br>Line from Schedule A/B: 21 | $ 15,254.01 | ☐ $ 15,254.01<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. 703. 140 (b) (10)(E) |
| Brief description: ------<br>Line from Schedule A/B: ------ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ------<br>Line from Schedule A/B: ------ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ------<br>Line from Schedule A/B: ------ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ------<br>Line from Schedule A/B: ------ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ------<br>Line from Schedule A/B: ------ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ------<br>Line from Schedule A/B: ------ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ------<br>Line from Schedule A/B: ------ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: ------<br>Line from Schedule A/B: ------ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |