# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | ) Case No. 18-23504 - B - 7 |
| Daryl C. Chang, Sr. and | ) Docket Control No. EMM-1 |
| Cheri Darlene Chang, | ) Document No. 32 |
| Debtors. | ) Date: 08/14/2018 |
|  | ) Time: 9:30 AM |
|  | ) DEPT: B |

### Order

Findings of fact and conclusions of law having been stated orally on the record are incorporated into this Order and good cause appearing.

IT IS ORDERED that the motion is GRANTED for prospective relief from automatic stay and DENIED as to annulment of the automatic stay. The automatic stay is terminated with respect to an unlawful detainer action against the debtor to allow movant, its agents, representatives, successors, and/or assigns to commence and continue all acts necessary to recover possession of real property located at 3938 Zeally Lane, Stockton, CA in accordance with applicable California law.

IT IS FURTHER ORDERED that the request for waiver of Fed. R. Bank. P. 4001(a)(3) is denied and the 14-day stay is not waived.

All requests for attorney fees or other costs are denied with prejudice.

No other relief is authorized.

**Dated:** August 15, 2018

Christopher D. Jaime, Judge
**United States Bankruptcy Court**