FILED

SEP 11 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re:  )  Case No. 18-23504-B-7
　　　　  )
DARYL C. CHANG, SR. and CHERI  )
DARLENE CHANG,  )
　　　　  )
　　　　  )
　　　　Debtor(s).  )
　　　　  )

## ORDER ON APPLICATION TO DISMISS CHAPTER 7 CASE

Debtors have filed an application to dismiss this chapter 7 bankruptcy case. The court can rule on the application only upon a noticed motion. Fed. R. Bankr. P. § 1017(a).

SO ORDERED.

Dated: September 11, 2018.

_____
UNITED STATES BANKRUPTCY JUDGE

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Daryl C. Chang Sr.
3938 Zeally Ln
Stockton CA 95206


Cheri Darlene Chang
3938 Zeally Ln
Stockton CA 95206